UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 DESHAWN ALLEN, and
D-2 CASSIDY MORSE,

    Defendants.

_____/

Case: 5:23-cr-20088
Judge: Levy, Judith E.
MJ: Altman, Kimberly G.
Filed: 02-09-2023 At 03:32 PM
In re Sealed Matter (jo)

Violations:
18 U.S.C. § 1594(c)
18 U.S.C. §§ 1591(a), 2

**FILED**
**FEB 09 2023**
CLERK'S OFFICE
DETROIT

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. § 1594(c) - *Conspiracy to Engage in Sex Trafficking of Children*)

D-1 DESHAWN ALLEN
D-2 CASSIDY MORSE

From on or about October 1, 2021, through on or about December 9, 2021, in the Eastern District of Michigan, the defendants, DESHAWN ALLEN and CASSIDY MORSE, knowingly and intentionally conspired and agreed with each other, to recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate and foreign commerce, one or more minors, having

1

had a reasonable opportunity to observe the minor or minors and knowing and in reckless disregard of the fact that the minor or minors had not attained the age of 18 years and that the minor or minors would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1591(a)(1); all in violation of 18 U.S.C. § 1594(c).

## COUNT TWO

(18 U.S.C. §§ 1591(a), 2 - *Sex Trafficking of Children, Aiding and Abetting*)

D-1 DESHAWN ALLEN
D-2 CASSIDY MORSE

From on or about October 1, 2021, through on or about October 26, 2021, in the Eastern District of Michigan, the defendants, DESHAWN ALLEN and CASSIDY MORSE, aided and abetted by each other, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, in and affecting interstate and foreign commerce, Minor Victim One (MV-1), having had a reasonable opportunity to observe MV-1 and knowing and in reckless disregard of the fact that MV-1 had not attained the age of 18 years and that MV-1 would be caused to engage in a commercial sex act; all in violation of 18 U.S.C. §§ 1591(a), 2.

## COUNT THREE

(18 U.S.C. §§ 1591(a), 2 - *Sex Trafficking of Children, Aiding and Abetting*)

D-1 DESHAWN ALLEN
D-2 CASSIDY MORSE

From on or about October 29, 2021, through on or about December 9, 2021, in the Eastern District of Michigan, the defendants, DESHAWN ALLEN and CASSIDY MORSE, aided and abetted by each other, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained, in and affecting interstate and foreign commerce, Minor Victim Two (MV-2), having had a reasonable opportunity to observe MV-2 and knowing and in reckless disregard of the fact that MV-2 had not attained the age of 18 years and that MV-2 would be caused to engage in a commercial sex act; all in violation of 18 U.S.C. §§ 1591(a), 2.

## FORFEITURE ALLEGATION

(18 U.S.C. § 1594(d)(1), (2) - *Criminal forfeiture*)

The allegations contained in Count One, Count Two, and Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 1594.

3

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of 18 U.S.C. § 1591, the defendants, DESHAWN ALLEN and CASSIDY MORSE, shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offenses, and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any property traceable to such property.

Such property includes, but is not limited to, a money judgment equal to an amount as proved in this matter, representing the total value of property subject to forfeiture from the defendant for his violation of 18 U.S.C. § 1591, as alleged in Count One, Count Two, and Count Three of this Indictment. If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

4

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Organized Crime Unit
Assistant United States Attorney

*s/ David Cowen*
DAVID COWEN
Assistant United States Attorney

Dated: February 9, 2023

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c

Case:5:23-cr-20088
Judge: Levy, Judith E.
MJ: Altman, Kimberly G.
Filed: 02-09-2023 At 03:32 PM
In re Sealed Matter (jo)

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ Yes   ☒ No        **AUSA's Initials:**

**Case Title:** USA v. DESHAWN ALLEN and CASSIDY MORSE

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony        ☐ Misdemeanor        ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 9, 2023
Date

David Patrick Cowen
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9575
Fax:   (313) 226-5464
E-Mail address: david.cowen@usdoj.gov
Attorney Bar #: NM-142040

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5 / 1 (